UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCISCO ALEJANDRO,

                Plaintiff,

    -v-

ANTHONY RUBBISH REMOVAL INC. and
ANTHONY BRUNO,

                Defendants.
------------------------------------------------------------------X

22-CV-3452 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      The default judgment hearing scheduled for **July 26, 2022** at **3:45 p.m.** will be held **remotely by telephone** in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      To be clear, this case is currently stayed as to Defendant Anthony Bruno.  *See* ECF No. 23.  Accordingly, the default judgment hearing will be as to Defendant Anthony Rubbish Removal Inc. only.  Plaintiff is directed to serve a copy of this Order on Defendants by **July 20, 2022** and to promptly file proof of service on the docket.

      SO ORDERED.

Dated: July 18, 2022
      New York, New York

                                                          JESSE M. FURMAN
                                                          United States District Judge