UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FRANCISCO ALEJANDRO, :
:
Plaintiff, :
: 22-CV-3452 (JMF)
-v- :
: ORDER
:
ANTHONY RUBBISH REMOVAL INC. and :
ANTHONY BRUNO, :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The default judgment hearing scheduled for **July 26, 2022** at **3:45 p.m.** is hereby **RESCHEDULED** to **4:45 p.m.**

    As previously noted, *see* ECF No. 24, the hearing will be held **remotely by telephone** in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

    Plaintiff is directed to serve a copy of this Order on Defendants by **July 22, 2022** and to promptly file proof of service on the docket.

    SO ORDERED.

Dated: July 21, 2022
       New York, New York
                                                           JESSE M. FURMAN
                                                United States District Judge