```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                        :
FRANCISCO ALEJANDRO,                                    :
                                                        :
                                Plaintiff,              :       22-CV-3452 (JMF)
        -v-                                             :
                                                        :                ORDER
ANTHONY RUBBISH REMOVAL INC. et al,                     :
                                                        :
                                Defendants.             :
                                                        :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In view of the automatic stay as to Defendant Anthony Bruno by reason of section 362 of the Bankruptcy Code, *see* ECF No. 23, the above entitled action is administratively closed subject to the right of either party to reopen within 21 days of the conclusion of bankruptcy proceedings, or the lifting or modification of the automatic stay as applied to this action.

SO ORDERED.

Dated: July 26, 2022
      New York, New York

                                          JESSE M. FURMAN
                                      United States District Judge