UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANCISCO ALEJANDRO,                                          **22-cv-03452 (JMF)**

                Plaintiff,                              **~~PROPOSED~~ JUDGMENT**

   -against-

ANTHONY RUBBISH REMOVAL INC. and
ANTHONY BRUNO,

                Defendants.
-----------------------------------------------------------X

      WHEREAS this action was commenced on April 28, 2022 by the filing of a Summons and Complaint; and

      WHEREAS a copy of the Summons and Complaint was served on Defendant ANTHONY RUBBISH REMOVAL INC. on May 2, 2022 by service on the Secretary of State for the State of New York; and

      WHEREAS proof of such service on Defendant ANTHONY RUBBISH REMOVAL INC. was filed on May 17, 2022; and

      WHEREAS Defendant ANTHONY RUBBISH REMOVAL INC. has not answered the Complaint or otherwise defended this action; and

      WHEREAS the time for answering or responding to the Complaint has expired;

      NOW IT IS HEREBY ORDERED, ADJUDGED, AND DECREED: that Plaintiff FRANCISCO ALEJANDRO shall have judgment against Defendant ANTHONY RUBBISH REMOVAL INC. in the amount of $ 163,243.36 ; and

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that a fifteen percent (15%) penalty will be added with respect to any damages that have not been paid to Plaintiff upon

the expiration of ninety (90) days following the issuance of judgment, or ninety (90) days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later.

Dated: New York, New York
          July 26, 2022

SO ORDERED:

By: _____
                U.S.D.J.

The Clerk of Court is directed to terminate Docket No. 18.