UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FRANCISCO ALEJANDRO,                                          22-cv-03452 (JMF)

                Plaintiff,                                          **JUDGMENT**

    -against-

ANTHONY RUBBISH REMOVAL INC. and
ANTHONY BRUNO,

                Defendants.
----------------------------------------------------------X

      WHEREAS this action was commenced on April 28, 2022 by the filing of a Summons and Complaint; and

      WHEREAS a copy of the Summons and Complaint was served on Defendant ANTHONY BRUNO on May 16, 2022 by delivering a copy of the Summons and Complaint to a person of suitable age and discretion at 2006 Bogart Avenue, Basement, Bronx, NY 10462, and by mailing a copy of said documents to that address on the same date; and

      WHEREAS proof of such service on Defendant ANTHONY BRUNO was filed on May 17, 2022; and

      WHEREAS Defendant ANTHONY BRUNO has not answered the Complaint or otherwise defended this action; and

      WHEREAS the time for answering or responding to the Complaint has expired; and

      NOW IT IS HEREBY ORDERED, ADJUDGED, AND DECREED: that Plaintiff FRANCISCO ALEJANDRO shall have Judgment against Defendant ANTHONY BRUNO, jointly and severally, in the amount of $168,775.27    ; and

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that a fifteen percent (15%) penalty will be added with respect to any damages that have not been paid to Plaintiff upon

1

the expiration of ninety (90) days following the issuance of judgment, or ninety (90) days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later.

The Clerk of Court is directed to terminate ECF No. 35 and close the case.

Dated: New York, New York
      August 8, 2023

SO ORDERED:

By: _____
              U.S.D.J.